IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

OWEN BROWN,                                  :

    Plaintiff,                              :        Case No.  3:06CV375

vs.                                          :        District Judge Thomas M. Rose
                                                                Magistrate Judge Sharon L. Ovington
MICHAEL J. ASTRUE,                           :
Commissioner of the Social
Security Administration,                     :

    Defendant.                              :

**ORDER**

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. # 9), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on February 14, 2008 (Doc. # 9) is ADOPTED;

    2.    The Commissioner's non-disability finding is vacated;

    3.    No finding is made as to whether Plaintiff Owen Brown was under a "disability" within the meaning of the Social Security Act;

4. This case is remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. §405(g); and

5. The case is terminated on the docket of this Court.

March 3, 2008                  **s/THOMAS M. ROSE**

                      Thomas M. Rose
                   United States District Judge